# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEATHER M. CLOSSER, | CIVIL ACTION NO.: 4:21-cv-3040 |
| Plaintiff, | |
| v. | **JOINT MOTION TO** |
| | **DISMISS WITH PREJUDICE** |
| P.C.C.W. TELESERVICES, AND HKT TELESERVICES INC., | |
| Defendants. | |

COME NOW the parties, through their respective counsel of record, and herby move to dismiss the above captioned matter with prejudice, with each party to pay their own costs and attorneys' fees.

Dated: September 7, 2022.


By: */s/ Michaelle L. Baumert*
Michaelle L. Baumert, #20948
Nicholas B. McGrath, #26830
JACKSON LEWIS P.C.
10050 Regency Circle, Suite 400
Omaha, NE 68114
Tele: (402) 391-1991
Fax: (402) 391-7363
Michaelle.baumert@jacksonlewis.com
Nicholas.mcgrath@jacksonlewis.com

*Attorneys for Defendants*

By: */s/ David H. Hahn*
David H. Hahn, #16573
Hahn Law Office
P.O. Box 83672
Lincoln, NE 68501
(402) 540-6133
david@davidhahn.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 7th, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which sent notification of such filing to all counsel of record.

                                                   */s/ Michaelle L. Baumert*

4873-3275-2945, v. 1